# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ZARAGOZA, individually and as successor-in-interest to Anthony Angel Armenta, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; J. FERGOT; K. RAMIREZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:20-CV-02672-JWH-(SPx)<br><br>**TEMPORARY PROTECTIVE ORDER** |

The Court recognizes that the parties have entered into an agreement in which the Defense will provide early informal discovery of the various audio and video recordings and written reports in this matter.

The parties agree, and the Court further orders, that should a resolution of this litigation occur, these materials will, at the discretion of the Defense, *either* be returned by the Plaintiff to the Defense, or a new protective order that conforms with the general guidelines for protective orders in the Central District shall be substituted for this temporary protective order.

If the scope and terms of a new protective order cannot be agreed upon, the parties are free to litigate that issue as they would normally.

- 1 -
Temporary Protective Order

Should this matter not resolve, the future protective order, if any, will govern the protections of such records, or, upon the request of the Defense, will be returned.

**IT IS SO ORDERED.**

DATED: May 3, 2021        By: _____
Sheri Pym
UNITED STATES MAGISTRATE JUDGE